UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| vs. | § | NO:  EP:26-CR-01333(1)-LS |
| | § | |
| (1) Yojaira Veronica Aguilon-Lopez, | § | |

## ORDER REFERRING PLEA AND VACATING DOCKET CALL

The United States Probation Office deems the Defendant eligible for an expedited sentencing. Pursuant to 28 U.S.C. § 636(b), the Court refers the above-captioned cause to **United States Magistrate Judge Miguel A. Torres** to administer a guilty plea within **two weeks** of this order in accordance with Federal Rule of Criminal Procedure 11.  The Court finds that the interests of justice outweigh the interests of the Defendant and the public in a speedy trial, and that the timing from the date of this order through the guilty plea setting is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS ORDERED that the scheduled docket call setting is **VACATED**, and that in the event the rearraignment does not occur, the above-entitled case will be immediately returned to the District Court for docket call.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

SO ORDERED.

Signed this 11th day of June, 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

## NOTICE TO DEFENSE COUNSEL

**IF THE DEFENDANT DOES NOT WISH TO PROCEED WITH AN EXPEDITED SENTENCING, PLEASE ALERT THE DISTRICT COURT WITHIN 5 DAYS OF THIS ORDER.**